**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-7516**

───────────

HOWARD Z. GARNETT,

        Petitioner - Appellant,

    v.

HAROLD W. CLARKE, Director, Department of Corrections,

        Respondent - Appellee.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, Chief District Judge.  (7:14-cv-00452-GEC-RSB)

───────────

Submitted: March 29, 2016        Decided: March 31, 2016

───────────

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Howard Z. Garnett, Appellant Pro Se.  Alice Theresa Armstrong, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard Z. Garnett seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2254 (2012) petition and denying Garnett's Fed. R. Civ. P. 59(e) motion to alter or amend that judgment. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Garnett has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny Garnett's motion to amend his informal brief to include a newly obtained affidavit, and dismiss the appeal. We dispense with oral argument because

2

the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED